**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | | Chapter 13 |
| Joshua Allan Kestner | : | Case No. 14-51124 |
| Debtor | : | Judge Preston |

**NOTICE OF CHANGE OF ADDRESS**

Comes now Debtor, by counsel, and hereby give notice to the Court of the Debtor's new mailing address:

**289 N Union St
Delaware, OH 43015**

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

/s/ James W. Park
James W. Park (0082331)
PO Box 20622
Columbus, OH 43220
Phone: 614-636-5290
Fax: 614-748-0627
Email: jameswparkesq@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on September 18, 2015.

**Electronic Service:**
Office of the U.S. Trustee
Office of the Chapter 13 Trustee
James W. Park, Esq.
**U.S. Mail Service:**
Joshua A. Kestner, 289 N. Union St, Delaware, OH 43015

/s/ James W. Park
James W. Park (0082331)